LAW OFFICES OF NELSON & SCHWAB
DAN NELSON, ESQ.   BAR #105222
P.O. BOX 1770
STOCKTON, CA 95201
Telephone (209) 547-9291

Attorney for Debtor(s)

FILED
04 JAN 15 AM 10: 06
CLERK, U.S. BANKRUPTCY CT.
EASTERN DIST. OF CA.
MODESTO, CA.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In Re:
   Floyd Sherwood Hill
          Debtor(s)

   Joyce Stuhr
vs.     Plaintiff

   Floyd Sherwood Hill

          Defendant

CHAPTER 7   NO: 03-94183-A-07
Adv. Proc. NO: 03-9226-A

ANSWER TO COMPLAINT
OF NONDISCHARGEABILITY
OF DEBT

     Comes now defendant, FLOYD SHERWOOD HILL, (hereinafter referred to as defendant), who answers the above-entitled complaint as follows:

I

Defendant admits every allegation in paragraphs 1 through 9 of said complaint.

II

Defendant denies each and every allegation in paragraphs 10 through 65 of said complaint.

Wherefore, defendant prays for judgment as follows:

(1)    That the debt to plaintiff, if any, be declared dischargeable in defendant's bankruptcy;

(2)    That defendant be granted his discharge in his bankruptcy;

(3)    For reasonable attorney fees and costs; and

(4)    For such other and further relief the Court deems proper and just.

                                                Law Offices of Nelson & Schwab

Dated: 1-14-04

                                                Dan Nelson, Esq.
                                                Attorney for Debtors