

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTE ORDER

FILED
OCT - 6 2006
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

Debtor : FLOYD HILL
JOYCE STUHR, VS.

FLOYD HILL

Case No: 03-94183-D-7
Adv No : 03-9226
DC No :
Date : 10/05/06
Time : 11:00 A.M.

Matter : CONT. STATUS CONFERENCE
12-19-03 [1]

Judge: Robert S. Bardwil
Courtroom Deputy: Sharon Baker
Reporter: Sherrie L. Barakatt
Department: D

APPEARANCES for:
 Moving Party
 None

 Respondent
 Defendant - Atty Dan Nelson

CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the Adversary Proceeding is Dismissed.

Dated: OCT - 6 2006

*Robert Bardwil*
UNITED STATES BANKRUPTCY JUDGE

2003-09226
83

| | | |
|---|---|---|
| Office of the US Trustee | Dan Nelson | Layne Hayden |
| 501 I St. Ste 7-500 | PO Box 1770 | 3585 W Beechwood Ave #107 |
| SACRAMENTO, CA 95814 | Stockton, CA 95201 | Fresno, CA 93711 |